**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01157-RPM-MJW

SHEE WALLACE,

    Plaintiff,

v.

THE LAW OFFICE OF JOHN P. FRYE, P.C., a Virginia corporation, and
ATLANTIC CREDIT & FINANCE, INC., a Virginia corporation,

    Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

BY THE COURT:

June 5th, 2012

s/Richard P. Matsch

_____    _____
DATE    Richard P. Matsch, Senior District Judge